| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Magnus-Stinson, Jane E. | 2. Court or Organization<br><br>US District Court Southern District of Indiana | 3. Date of Report<br><br>01/18/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5a. Report Type (check appropriate type)<br><br>[✓] Nomination,    Date 01/20/2010<br>[ ] Initial    [ ] Annual    [ ] Final<br><br>5b. [ ] Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Birch Bayh United States Courthouse<br>46 E. Ohio Street, Room 361<br>Indianapolis, IN 46204 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chairperson, Board of Visitors | Indiana University School of Law, Indianapolis |
| 2. Trustee | ▆▆▆▆▆ Real Property Trust |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | Indiana Judges Retirement Fund, pension upon retirement age 62-65 |
| 2. | |
| 3. | |

RECEIVED 2010 JAN 22 A 10: 30 FINANCIAL DISCLOSURE OFFICE

Magnus-Stinson, Jane E.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 10/20/2009 | National Institute for Trial Advocacy - teaching compensation | $1,650.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2009 | Cripe Architects + Engineers - wages |
| 2. 2009 | St Mary's Guild - raffle winner |
| 3. 2009 | St. Thomas Aquinas - raffle winner |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- |
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 01/18/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 01/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Deferred Compensation Acct. J1 | | | | | Exempt | | | | |
| 2.  -Indiana Stable Value Fund | B | Interest | L | T | | | | | |
| 3.  Deferred Compensation Acct. J2 | | | | | | | | | |
| 4.  -Indiana Stable Value Fund | A | Interest | J | T | | | | | |
| 5.  Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 6.  Settlers (formerly Key) Life IRA | C | Interest | L | T | | | | | |
| 7.  Regions Bank IRA | A | Interest | K | T | | | | | |
| 8.  Deferred Compensation Acct. - B1 | | | | | | | | | |
| 9.  -Indiana Stable Value Fund | B | Interest | L | T | | | | | |
| 10.  Deferred Compensation Acct. - B2 | | | | | | | | | |
| 11.  -Indiana Stable Value Fund | A | Interest | J | T | | | | | |
| 12.  Ret. Fund BP | | | | | | | | | |
| 13.  -PERF Guaranteed Fund | B | Interest | L | T | | | | | |
| 14.  -North. Tr. Invstmts., Inc. Lehman Bros. ( now Barclays) Agg | B | Int./Div. | K | T | | | | | |
| 15.  Indiana Members Credit Union Accts. | A | Int./Div. | K | T | | | | | |
| 16.  Regions Bank Acct. | A | Interest | J | T | | | | | |
| 17.  Huntington National Bank Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 01/18/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. National City Money Market | A | Interest | K | T | | | | | |
| 19. Old National Bank Account | A | Interest | J | T | | | | | |
| 20. Cripe Deferred Comp Alliance Benefit Group | | | | | | | | | |
| 21. -Rainier Balanced Portfolio | A | Interest | J | T | | | | | |
| 22. -PIMCO Total Return Fund | A | Interest | J | T | | | | | |
| 23. Van Kampen Equity IRA (J) | A | Interest | J | T | | | | | |
| 24. Van Kampen Equity IRA (B) | A | Interest | J | T | | | | | |
| 25. J IN College Choice Black Rock Large Cap. C | A | Interest | J | T | | | | | |
| 26. J IN College Choice PIMCO Total Return | A | Interest | J | T | | | | | |
| 27. G IN College Choice Black Rock Large Cap C | A | Interest | J | T | | | | | |
| 28. G IN CollegeChoice PIMCO Total Return | A | Interest | J | T | | | | | |
| 29. ████████ Real Property Trust | | None | J | T | | | | | |
| 30. CERES Cal Unified School Bond | A | Interest | K | T | | | | | |
| 31. IN Fin. Auth. Bond Srs. St.Frances Health | | None | J | T | | | | | |
| 32. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 01/18/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I.
I served as Trustee for a real estate trust that was established for the former home of ███████████████████████ ████████████ passed away February 13, 2008. ████████████████ who had been the trustee of the property in which they lived, determined after several months that ██ could not live alone and left Indianapolis to live with ████████ Due to the distahce, ██ asked me to serve as trusteee for the limited purpose of selling the house. The house was sold in September 2009, the trust procceeds distributed, and the trust dissolved.

Part III A. - Filer's Non-Investment Income: Additional income was received during the reporting period as salary from the U.S. Government as a United States Magistrate Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544